the State of Illinois denied. *Mr. Robert J. Cary, Mr. F. Harold Schmitt, Mr. M. L. Bell, Mr. Thomas P. Littlepage* and *Mr. Sidney F. Taliaferro* for petitioners. No appearance for respondent.

---

No. 922. FAIRBANKS, MORSE & COMPANY ET AL., PETITIONERS, *v.* AMERICAN VALVE & METER COMPANY ET AL. April 22, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Fred L. Chappell* and *Mr. William S. Hodges* for petitioners. *Mr. Charles M. Cist* and *Mr. Dwight S. Marfield* for respondents.

---

No. 927. SAM SANGER ET AL., SURVIVING MEMBERS, ETC., ET AL., PETITIONERS, *v.* SARAH CATHARINE WOODWARD. April 22, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Charles A. Boynton* for petitioners. No appearance for respondent.

---

No. 933. MARIANO LIM, PETITIONER, *v.* UNITED STATES. April 22, 1918. Petition for a writ of certiorari to the Supreme Court of the Philippine Islands denied. *Mr. Alex. Britton* and *Mr. Evans Browne* for petitioner. *The Solicitor General* and *Mr. Assistant Attorney General Warren* for the United States.

---

No. 939. C. S. DASHIELL, TRUSTEE, ET AL., PETITIONERS, *v.* LEWIS T. FITZHUGH, TRUSTEE, ETC. April 22, 1918. Petition for a writ of certiorari to the United States